469 A.2d 287

Commonwealth v. Jamison, Appellant.

Submitted November 8, 1983.   Robert G. Yeatts, Assistant Public Defender, for appellant; Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.